IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 18-31-UNA |
| | ) | |
| VICTOR CAMPUSANO-MORETA, | ) | |
| a/k/a ANGEL RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

On or about February 23, 2018, in the District of Delaware, Victor Campusano-Moreta, the defendant, an alien and subject of Dominican Republic, was found in the United States after having been removed therefrom on or about December 30, 2009, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to the conviction of a felony offense, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

DAVID C. WEISS
United States Attorney

By:_____
Daniel Logan
Assistant United States Attorney

Dated: MARCH 24, 2018

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2018 APR 25 PM 4:54